Fill in this information to identify the case:

Debtor 1    Bonnie D Keeling

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Western    District of   Washington
(State)

Case number   19-42631-BDL

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans     **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account:   1203 ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[✓] No

[ ] Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 09/19/2019 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: PLAN REVIEW | 08/21/2019 | (11) | $ 150.00 |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Bonnie D Keeling | Case number (if known) 19-42631-BDL |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ *Lesley Bohleber*
Signature

Date 9/24/2019

Print: Lesley D. Bohleber
First Name  Middle Name  Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 4375 Jutland Dr. Suite 200; P.O. Box 17933
Number  Street
San Diego  CA  92177
City  State  ZIP Code

Contact phone ( 858 ) 750 – 7600

Email LLueke@aldridgepite.com

| | |
|---|---|
| 1 | LESLEY D. BOHLEBER (SBN 49150) |
| | ALDRIDGE PITE, LLP |
| 2 | The Ogden Building |
| | 9311 SE 36th St, Ste 100 |
| 3 | Mercer Island, WA 98040 |
| | Telephone: (425) 644-6471 |
| 4 | |

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for QUICKEN LOANS

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION

| | |
|---|---|
| In re | Case No. 19-42631-BDL |
| BONNIE D KEELING, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE BY MAIL** |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this case.

On October 1, 2019, I served the

Notice of Postpetition Mortgage Fees, Expenses, and Charges in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2019                   /s/Melissa Gonzalez
                                          MELISSA GONZALEZ

1

# SERVICE LIST

**DEBTOR(S)**
(VIA U.S. MAIL)

Bonnie D Keeling
PO Box 45412
Tacoma, WA 98448

**DEBTOR(S) ATTORNEY**
(VIA ELECTRONIC NOTICE)

Jessica N MacGill
Washington Law Group, PLLC
10700 Meridian Ave N Ste 109
Seattle, WA 98133
JessicaM@washingtonstateattorne

**CHAPTER 13 TRUSTEE**
(VIA ELECTRONIC NOTICE)

Michael G. Malaier
2122 Commerce Street
Tacoma, WA 98402
ecfcomputer@chapter13tacoma.org

**U.S. TRUSTEE**
(VIA ELECTRONIC NOTICE)

U.S. Trustee
Department of Justice
Office of the U.S. Trustee
700 Stewart St Ste 5103
Seattle, WA 98101
USTPRegion18.SE.ECF@usdoj.gov

2